Carl V. LAMB, Claimant–Appellant,

v.

Robert A. McDONALD, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2014–7060.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2015.

Kenneth M. Carpenter, Carpenter,
Chartered, of Topeka, Kansas, argued for
claimant-appellant.

James Sweet, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, JR., Assistant Director. Of counsel on the brief Y. Ken Lee, Deputy Assistant General Counsel, and Meghan D. Alphonso, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

PROST, Chief Judge, O'MALLEY and
TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT